UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:23-cv-11623-PBS

SODIQ FOLARIN AMUSAT,

    Plaintiff,

v.

MICHAEL MANGAN and CITY OF LAWRENCE,

    Defendants.

**DEFENDANT, MICHAEL MANGAN'S ANSWER TO
PLAINTIFF'S COMPLAINT AND CLAIM OF TRIAL BY JURY**

Michael Mangan (Defendant) responds to each numbered paragraph of the Plaintiff's Complaint as follows:

**Introduction**

1. This paragraph of the Plaintiff's Complaint is introductory and contains legal conclusions to which no response is required. To the extent that this paragraph alleges facts of wrongdoing, the Defendant denies the allegations.

2. This paragraph of the Plaintiff's Complaint is introductory and contains legal conclusions to which no response is required. To the extent that this paragraph alleges facts of wrongdoing, the Defendant denies the allegations.

**Parties**

3. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

4. The Defendant admits the allegations contained in the first sentence of this paragraph of the Plaintiff's Complaint. The Defendant denies the allegations contained in the second sentence of this paragraph of the Plaintiff's Complaint.

5. The Defendant admits the allegations contained in the first sentence of this paragraph of the Plaintiff's Complaint. The Defendant denies the allegations contained in the second sentence of this paragraph of the Plaintiff's Complaint.

**Jurisdiction and Venue**

6. This paragraph of the Plaintiff's Complaint contains legal conclusions to which no response is required.

7. This paragraph of the Plaintiff's Complaint contains legal conclusions to which no response is required.

**Facts**

As to "Mr. Amusat's Arrest"

8. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

9. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

10. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

11. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

12. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

13. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

<u>As to "Mr. Amusat's booking at the police station"</u>

14. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

15. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

16. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

17. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

18. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

19. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

20. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

21. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

22. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

23. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

24. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

25. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

26. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

27. The Defendant denies the allegations as contained in this paragraph of the Plaintiff's Complaint.

28. The Defendant denies the allegations as contained in this paragraph of the Plaintiff's Complaint.

29. The Defendant denies the allegations as contained in this paragraph of the Plaintiff's Complaint.

30. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

31. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

32. The Defendant denies the allegations as contained in this paragraph of the Plaintiff's Complaint.

33. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

34. The Defendant admits the allegations contained in this paragraph of the Plaintiff's Complaint.

35. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

As to "Irregularities in the reporting of the case"

36. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

37. The Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

38. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

39. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

As to "News reports about the incident"

40. The Defendant states that no response is required to the allegations in this paragraph of the Plaintiff's Complaint because the referenced materials and reports speak for themselves.

41. The Defendant states that no response is required to the allegations in this paragraph of the Plaintiff's Complaint because the referenced materials and reports speak for themselves.

42. The Defendant states that no response is required to the allegations in this paragraph of the Plaintiff's Complaint because the referenced materials and reports speak for themselves.

As to "Policies and Customs of the City of Lawrence"

43. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

44. This paragraph of the Plaintiff's Complaint contains legal conclusions to which no response is required.

45. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

46. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

47. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

48. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

49. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

50. This paragraph of the Plaintiff's Complaint contains legal conclusions to which no response is required. Answering further, the Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

51. This paragraph of the Plaintiff's Complaint contains legal conclusions to which no response is required. Answering further, the Defendant is without personal knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiff's Complaint.

52. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

53. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

54. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

55. The Defendant admits that he has not been arrested or criminally arrested, but denies the remaining allegations contained in this paragraph of the Plaintiff's Complaint.

### Count I
### Common Law Assault and Battery
### (Against Defendant Mangan)

56. The above paragraphs are incorporated herein by this reference.

57. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

58. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

59. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

60. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

### Count II
### Intentional Infliction of Emotional Distress
### (Against Defendant Mangan)

61. The above paragraphs are incorporated herein by this reference.

62. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

63. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

64. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

### Count III
### Negligent Infliction of Emotional Distress
### (Against Defendant Mangan)

65. The above paragraphs are incorporated herein by this reference.

66. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

67. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

68. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

### Count IV
### Violation of 42 U.S.C. § 1983 – Unreasonable Use of Force
### (Against Defendant Mangan)

69. The above paragraphs are incorporated herein by this reference.

70. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

71. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

72. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

73. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

74. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

75. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

76. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

77. The Defendant denies the allegations contained in this paragraph of the Plaintiff's Complaint.

## Count V
### Violation of 42 U.S.C. § 1983 – Municipal Liability
### (Against Defendant City of Lawrence)

78. The above paragraphs are incorporated herein by this reference.

79. The Defendant does not respond to the allegations contained in this count or paragraph of the Plaintiff's Complaint as they are not directed against him.

80. The Defendant does not respond to the allegations contained in this count or paragraph of the Plaintiff's Complaint as they are not directed against him.

81. The Defendant does not respond to the allegations contained in this count or paragraph of the Plaintiff's Complaint as they are not directed against him.

82. The Defendant does not respond to the allegations contained in this count or paragraph of the Plaintiff's Complaint as they are not directed against him.

WHEREFORE, the Defendant respectfully requests that this Honorable Court dismiss the Plaintiff's Complaint, with prejudice, and award interest, costs, and attorneys' fees for the Defendant.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff's Complaint fails to state a cause of action for which relief can be granted.

### Second Affirmative Defense

The Defendant is entitled to and protected by qualified immunity.

### Third Affirmative Defense

The Defendant was privileged in conduct and acts, and, therefore, the Plaintiff cannot recover.

### Fourth Affirmative Defense

The Defendant was justified in all acts and/or conduct, and, therefore, the Plaintiff cannot recover.

### Fifth Affirmative Defense

The Defendant's acts and conduct were performed according to and protected by law and/or legal process, and, therefore, the Plaintiff cannot recover.

### Sixth Affirmative Defense

This action is barred by the applicable statute of limitations.

### Seventh Affirmative Defense

The Plaintiff cannot recover for allegations and claims of negligence and negligent infliction of emotional distress because public employees are immune from such claims due to the provisions of M.G.L. c. 258.

### Eighth Affirmative Defense

Any alleged damages were caused by the Plaintiff's own conduct or by person(s) or an entity over which the Defendant has no responsibility or control.

### Ninth Affirmative Defense

The Plaintiff's arrest and apprehension and any damages were caused by the Plaintiff's own conduct and acts and/or a third-party's conduct and acts over which the Defendant has no responsibility or control.

### Tenth Affirmative Defense

The Massachusetts Civil Rights Act does not allow for punitive damages or a direct violation theory.

### Eleventh Affirmative Defense

The Defendant is entitled to and protected by common law immunity.

### Twelfth Affirmative Defense

The Defendant cannot be held liable for punitive damages.

### JURY DEMAND

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.

> Respectfully submitted,
> The Defendant,
> Michael Mangan,
> By his attorneys,
>
> */s/ Thomas R. Donohue*
> Thomas R. Donohue, BBO# 643483
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> 265 Franklin Street, 12th Floor
> Boston, MA 02110
> (617) 880-7100
> tdonohue@bhpklaw.com

DATED: October 5, 2023

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

> */s/ Thomas R. Donohue*
> Thomas R. Donohue, BBO# 643483

DATED: October 5, 2023