UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:23-cv-11623-PBS

| | |
|---|---|
| SODIQ FOLARIN AMUSAT,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL MANGAN and CITY OF LAWRENCE,<br><br>    Defendants. | |

## AMENDED JOINT SCHEDULING STATEMENT

Pursuant to the Court's Orders [Document Nos. 42, 43], the parties request that the Court issue the following scheduling deadlines:

- **Initial Disclosures**: The parties will exchange information required by Fed. R. Civ. P. 26(1)(1) by **April 25, 2024.**

- **Amendments to Pleadings:** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **June 3, 2024.**

- **Fact Discovery on Incident:**
  - All initial written fact discovery under Rules 33 and 34 must be served by **May 1, 2024.**
  - All fact depositions of the underlying incident must be completed by **September 1, 2024.**

- **Status Conference:** After the conclusion of fact discovery regarding the incident, the parties request that the Court hold a conference to address the need for and/or potential deadlines regarding expert disclosures and discovery, *Monell* discovery, dispositive motions, and referral to the Court's ADR Program.

WHEREFORE, the parties request that the Court adopt the deadlines in this proposed scheduling order.

Respectfully submitted,

The Defendants,
Michael Mangan and City of Lawrence,
By their attorney,

*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
tdonohue@bhpklaw.com

The Plaintiff,
Sodiq Folarin Amusat,
By his attorney,

*/s/ Matthew J. Koes*
Matthew J. Koes, BBO# 668682
M. Koes Law, LLC
340 Union Avenue
Framingham, MA 01702
(508) 598-7060
mkoes@mkoeslaw.com

DATED: March 29, 2024

## **CERTIFICATE OF SERVICE**

       I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                          */s/ Thomas R. Donohue*
                                          Thomas R. Donohue, BBO# 643483

DATED: March 29, 2024