UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 1:23-cv-11623-PBS

| |
|---|
| SODIQ FOLARIN AMUSAT, <br><br>     Plaintiff, <br><br> v. <br><br> MICHAEL MANGAN and CITY OF LAWRENCE, <br><br>     Defendants. |

### DEFENDANT MICHAEL MANGAN'S *ASSENTED-TO* MOTION FOR LEAVE TO FILE A MOTION TO STAY DISCOVERY UNDER SEAL PURSUANT TO LOCAL RULE 7.2

The Defendant, Michael Mangan, respectfully requests that this Honorable Court allow him to file a motion to stay discovery under seal because a constitutional issue has arisen. The presumption of allowing public access to judicial records is not absolute, and "[i]mportant countervailing interests can, in given instances, overwhelm the usual presumption and defeat access." Siedle v. Putnam Invs., Inc., 147 F.3d 7, 10 (1st Cir. 1998). "[A] party seeking to file a document under seal must demonstrate that 'good cause' exists to do so." Dunkin Donuts Franchised Rests., LLC v. Agawam Donuts, Inc., No. 07-cv-11444-RWZ, 2008 WL 427290, at *1 (D. Mass. Feb. 13, 2008). Here, good cause exists for Mangan to file a motion to stay discovery under seal because of an important constitutional issue.

WHEREFORE, the Defendant Michael Mangan respectfully requests that this Honorable Court allow him to file a motion to stay discovery under seal and further requests that the motion be impounded until further order of the Court.

1

Respectfully submitted,
The Defendant,
Michael Mangan,
By his attorneys,


*/s/ Thomas R. Donohue*
Thomas R. Donohue, BBO# 643483
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin, 12th Floor
Boston, MA 02110
(617) 880-7100
tdonohue@bhpklaw.com

Assented to by:


*/s/ Matthew J. Koes*
Matthew J. Koes, BBO# 66868
M. Koes Law, LLC
340 Union Avenue
Framingham, MA 01702
(508) 598-7060
mkoes@mkoeslaw.com
[Attorney for the Plaintiff]

DATED: July 10, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

    */s/ Thomas R. Donohue*
    Thomas R. Donohue, BBO# 643483

DATED: July 10, 2024