**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                    )
SODIQ FOLARIN AMUSAT,               )
                                    )
               Plaintiff,      )
                                    )
v.                                  )   Civil Action
                                    )   23-11623-PBS
MICHAEL MANGAN and CITY OF          )
LAWRENCE,                           )
                                    )
               Defendants.     )
_____)

**ORDER OF ADMINISTRATIVE STAY/CLOSING**

Saris, D.J.

    On July 24, 2024, the Court allowed an assented-to motion to stay discovery. It is hereby **ORDERED** that all discovery as to all parties and all motions are hereby **STAYED**. The above-entitled action is closed administratively without prejudice to the right of any party to restore it to the active docket.

                                        By the Court,

                                        Robert Farrell, Clerk

7/31/2024                              /s/ Clarilde Karasek
Date                                   Deputy Clerk